# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN DRU MEYERS,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | CASE NO. 4:14-cv-000548-GBC<br><br>(MAGISTRATE JUDGE COHN)<br><br>ORDER GRANTING PLAINTIFF'S APPEAL, VACATING THE DECISION OF THE COMMISSIONER, AND REMANDING FOR FURTHER PROCEEDINGS<br><br>Docs. 1, 6, 7, 8, 9 |

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Kathleen Dru Meyers and against the Commissioner as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Kathleen Dru Meyers disability insurance benefits and supplemental security income is vacated and the case remanded to the Commissioner of Social Security to:

2.1 Conduct a new administrative hearing, appropriately evaluate the medical evidence, and appropriately assess Plaintiff's limitations.

3. The Clerk of Court shall close this case.

Dated: March 31, 2015

                                              s/Gerald B. Cohn
                                              GERALD B. COHN
                                              UNITED STATES MAGISTRATE JUDGE